# Exhibit A



IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT

IN AND FOR HIGHLANDS COUNTY, FLORIDA

GC11-677

PHILLIP L WHITE

Plaintiff,

MORISS DEES, RICHARD COHEN, MARK POTOK, HEIDI BEIRICH and SOUTHERN POVERTY LAW CENTER

Defendants

Plaintiff,    PHILLIP L WHITE , sues Defendants, MORRIS DEES (herinafter referred to as "Dees") RICHARD COHEN, MARK POTOK and HEIDI BEIRICH    (hereinafter referred to as "Senior Staff") and SOUTHERN POVERTY LAW CENTER (hereinafter referred to as "Southern")and alleges as follows:

2.   Dees is a resident of Montgomery Alabama and at all times was an officer of Southern.   Semior Saff are   and at all times material to this suite were officers   of Southern.

3. Southern is an Alabama organization, whose principal place of operation is located in Montgomery Alabama at 400 Washington Avenue, zip code 36104.

4.   At all time material hereto, Dees and Senior Staff were    agents, or employees of and for Southern, and were    acting within the course and scope of their employment with Southern.

5.   Plaintiff is a board member of the national board of directors of the Council of Conservative Citizens.

6.   Dees, Senior Staff and Southern act as political propgandist against conservative organizations. Dees and Southern publish a magazine in which they habitually refer to conservative organizations as "hate groups."

7.   Dees, Senior Staff and Southern in addition insert spys in conservative organizations and    have a full time paid employee of Southern as a spy/sabotuer    in the Council of Conservative Citizens.

8. On learning that Plantiff had discerned the identity of the Southern spy in the Council of Conservative Citizens detrimental actions against Plaintiff including stealing his identify information via an on line attack, interferring with his political posting on the internet, reading his private emails, attempts to frame Plaintiff with    manufactured crimes, attempts to terrorize Plaintiff by stalking and at two points initiating plots to murder Plaintiff, all of which caused Plaintiff intense emotional stress. In addition Plaintiff was caused considerable expense to provide for his own security and lost his right to move about freely and unworried    for Plaintiff's safety.

9. During October of 2007   Dees, Senior Staff and Southern had paid killers preparing to kill Plaintiff.   This plot   to murder Plaintiff was   on going through much of the month of October 2007 and possibly into early November.      The murder conspiracy was reactivated in the spring of 2009 after Plaintiff had resumed attending political meetings out of state.

10. In early   October of 2007 Plaintiff made contact with the Sebring Police Department, including officer Low and Cpl Buck.   Officer Low at that time refused to accept a complaint on stalking from Plaintiff.

11. By early November Plaintiff had provided additional information to Cpl Buck and by mid-November had noticed full police and neighborhood watch protection.   Plaintiff meanwhile had ceased to leave Highlands County for fear of his life.    At this time Plaintiff had begun to provide Cpl Buck Plaintiff's weekly advance iterneraries to facilitate the police and neighborhood watch protection of Plaintiff.

12. In May of 2008 Cpl Markham, Cpl Bucks suprevisor returned a call from Plaintiff in which Markham referred to the danger of Plaintiff conversing on phones due to fears of SPD that the stalkers might be employing an electronic surveillance van.   Cpl Markham further stated that the perpetrators were "watching everything you do on the internet."   Lastly in this phone converstation Cpl Markham alluded to a call he had coming in from Washington, indicating to Plaintiff that federal law enforcement was active in organizing protection for Plaintiff.

13. Pervasive stalking organized and financed by Defendants continued to late Spring of 2009 and on a lesser scale up to at least the Spring of 2010.

14. Full details of the stalkling, terroization and conspiracy to murder are available from SPD/HCS officers and Federal law enforcement officers.

15. As a direct result of Defendants actions Plaintiff has suffered intense emotional stress and considerable expense providing for Plaintiffs   security measures and puchasing computing and printing equipment and secure cell phones to assist in necessary communications with law enforcement in attempts to end Defendants illegal activity against Plaintiff.

WHEREFORE, PLAINTIFF demands judgement against Dees, Senior Staff and Southern for compensatory damages, prejudgment interest and the costs of this action, and furthermore respectfully requests a trail by jury on all issues so triable.

Dated this _7th_ day of _October_ 2011

*Phillip L. White*

Phillip L. White

2

**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075. (See instructions for completion.)

I.    **CASE STYLE**

*circuit court of the 10TH Judicial circuit*
(Name of Court) *in and for Highlands County Fl.*

Plaintiff *Phillip L. White*                                    Case #: *GC 11-677*

                                                              Judge: _____

VS.

Defendant *Morris Dees, Richard Cohen, Mark Potok Heidi Beirich and Southern Poverty Law center*

II.    **TYPE OF CASE**    (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x in both the main category and subcategory boxes.

☐ Condominium $50,000
☐ Contracts and indebtedness $249,999
☐ Eminent domain more
☐ Auto negligence
☐ Negligence—other
   ☐ Business governance
   ☐ Business torts
   ☐ Environmental/Toxic tort
   ☐ Third party indemnification
   ☐ Construction defect
   ☐ Mass tort $249,999
   ☐ Negligent security
   ☐ Nursing home negligence
   ☐ Premises liability—commercial
   ☐ Premises liability—residential
☐ Products liability
☐ Real property/Mortgage foreclosure
   ☐ Commercial foreclosure $0 - $50,000
   ☐ Commercial foreclosure $50,001 - $249,999
   ☐ Commercial foreclosure $250,000 or more

☐ Homestead residential foreclosure $0 -
☐ Homestead residential foreclosure $50,001 -
☐ Homestead residential foreclosure $250,000 or
☐ Nonhomestead residential foreclosure
   $0 - $50,000
☐ Nonhomestead residential foreclosure
   $50,001 - $249,999
☐ Nonhomestead residential foreclosure
   $250,000 or more
☐ Other real property actions $0 - $50,000
☐ Other real property actions $50,001 -
☐ Other real property actions $250,000 or more
☐ Professional malpractice
   ☐ Malpractice—business
   ☐ Malpractice—medical
   ☐ Malpractice—other professional
☐ Other
   ☐ Antitrust/Trade regulation
   ☐ Business transactions
   ☐ Constitutional challenge—statute or ordinance

3

☐ Constitutional challenge—proposed amendment     ☒ Libel/Slander
☐ Corporate trusts                                 ☐ Shareholder derivative action
☐ Discrimination—employment or other               ☐ Securities litigation
☐ Insurance claims                                 ☐ Trade secrets
☐ Intellectual property                            ☐ Trust litigation

**III.   REMEDIES SOUGHT** (check all that apply):
☐ monetary;
☐ nonmonetary declaratory or injunctive relief;
☒ punitive

**IV.   NUMBER OF CAUSES OF ACTION:** 5 .
(specify) _stalking, terrorization, conspiracy to murder identity theft and attempts to defame_

**V.   IS THIS CASE A CLASS ACTION LAWSUIT?**
☐ yes
☒ no

**VI.   HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ no
☐ yes If "yes," list all related cases by name, case number, and court.

_____

_____

_____

**VII.   IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ yes
☐ no

_____

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature _____          Fla. Bar # _____

        Attorney or party                            (Bar # if attorney

_____                    _____

(type or print name)                         Date

4

AMENDMENT TO COMPLAINT

PHILLIP L WHITE

Address 2011 Gardenview Road
Sebring Fl 33870
Phone 863-385-0706
Attorney for Plaintiff, ___Pro se___

CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT, County of HIGHLANDS
_____ No.GC11-677 _____

PHILLIP L WHITE Plaintiff vs. MORISS DEES, RICHARD COHEN, MARK POTOK, HEIDI
BEIRICH AND SOUTHERN POVERTY LAW CENTER Defendants

1ST AMENDMENT TO COMPLAINT

Plaintiff, PHILLIP L WHITE, amends the complaint in this action as follows:

In the heading at "MORISS DEES, RICHARD COHEN, MARK POTOK, HEIDI BEIRICH and
SOUTHERN POVERTY LAW CENTER" delete "MORISS DEES, RICHARD COHEN, MARK
POTOK, HEIDI BEIRICH" and insert "JEFFREY DOE, MARY DOE, JOHN DOE 1, JOHN
DOE 2, JOHN DOE 3"

Delete paragraph 1 and replace with. "Plaintiff, PHILLIP L WHITE, sues Defendants
SOUTHERN POVERTY LAW CENTER, (hereinafter referred to as "Southern") JEFFREY
DOE, MARY DOE, JOHN DOE 1, JOHN DOE 2 and JOHN DOE 3 and alleges as follows:"

Renumber the paragraphs 2 through 15 as paragraphs 3 through 16.

Add in place of the original paragraph 2. " Defendants Jeffrey Doe, Mary Doe, John Doe 1, John
Doe 2 and John Doe 3 acted as agents for defendant Southern and were residents of the state of
Florida. Furthermore defendant Jeffrey Doe participated in supervising stalking of plaintiff. Mary
Doe, John Doe 1, John Doe 2 and John Doe 3 participated in stalking and terrorization of plaintiff.
Morris Dees, Richard Cohen, Mark Potok and Heidi Beirich (hereinafter referred to as "Senior
Staff") were and are officers of Southern and acted as organizers of stalking and terrorization of
plaintiff.
Pictures of defendants "Mary Doe, John Doe 1, John Doe 2 and John Doe 3" are attached.

To the end of the newly numbered paragraph 4 after "36104" add "and maintains offices in Miami
Fl. In Miami Southern is represented by Miriam Haskell Fla. Bar. No. 69033. P.O. Box 370037,
Miami, Fl. 33137
Tel (786) 347-2056."

In the newly numbered paragraph 14 at "financed by defendants" delete "defendants" and insert
"senior staff".

5/8/12

In the closing statement at ""judgment against Dees, Senior Staff and Southern" delete "Dees, Senior Staff " and insert "Jeffrey Doe, Mary Doe, John Doe 1, John Doe 2, John Doe 3"

Dated this _____ 8ᵀᴴ _____ day of Oct. 2012

Signature,

Phillip L White







9



ROBERT W. GERMAINE

--Clerk of Court--

--Highlands County Florida --

Date:  10/10/2011   Time: 13:14
Receipted: 10/10/2011
Location: CV          Term: CV05
Transaction Number: 386710

Cust: MORISS DEES

**1** CIRCUIT CIVIL FILING FEE
   11000677GCS

| | |
|---|---:|
| CIRCUIT CIVIL FILING FEE | **400.00** |
| 28.241(1)(A)1C 3.50 | 3.50 |
| CI 650 .50 28.241 (1)(A) | 0.50 |
| CI 115 | 115.00 |
| 28.241(1)(A)2D | |
| CI 650 1.00 44.108 | 1.00 |
| SCRTF | 1.50 |
| C 80 N 28.241(1)(A)(15) | 80.00 |
| STATE COURTS REVENUE FUND | 195.00 |
| 28.241(1)(A)1A 3.50 | 3.50 |
| **Amount Due:** | **400.00** |
| | |
| CHECK  2430 | 400.00 |
| **Amount Tendered:** | **400.00** |

11

copys of
Receipts for copys
original + 1st Amendment to
complaint provided to defendants
Lawyer

case # GG11-677

FILED
2012 DEC 20 A 2:01
HIGHLANDS COUNTY
CLERK OF COURT

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
OCT 1 5 REC'D

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Southern Poverty Law
Center
Attn: Morris Dees - Richard
Cohen 400 Washington Ave
Montgomery AL 36104

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)
EG863960068US

PS Form 3811, February 2004   Domestic Return Receipt   95-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Vania E Salcar   10/15/12

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Southern Poverty Law center
C/O Miriam Haskell
P.O. Box 370037
Miami FL
33137

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)
EG863960054US

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Phillip L. White
Phillip J. White  12, 2/20/7

2012 Gardenview Road

Sebring Fl 33870

December 26 2012

Mr. Bob Germaine

Highlands County Clerk of Court

Dear Sir:

My court case # GC11-677 and it's cover sheet were filed and stamped by your office personnel in October of 2011.  More recently they have also filed and stamped the first amendment to case #GC11-677.

Two people have brought to my attention that both of these filings are deficient in that they lack the signature of an attorney or of yourself.

I feel the filings therefore lack full legal standing as long as they are not signed by yourself or an attorney as officers of the court.

I had signed the filings myself as I have been compelled to file pro se.  In any case I  therefore respectfully request that you sign both filings and the initial cover sheet, next to the official stamp that was applied by your office.  This should probably be done soon as the case has been held up over a year, owing I feel to interference by out of state officials.

The filings and cover sheet are of course on file in the court house and it is these official original copies that I wish you to sign.  Later I can retrieve copies of the originals that will then have been signed by you.

Thank you for your kind attention.

Phillip L White

Plaintiff.

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT,
IN AND FOR HIGHLANDS COUNTY, FLORIDA

Case No.:GC11-677

Division: CIVIL

Phillip L White

-------------------

Plaintiff,

and

Southern Poverty Law Center, Jeffrey Doe, Mary Doe, John Doe 1, John Doe 2, and John Doe 3

Defendants. 4770 Biscayne Blvd #760 Miami Fl 33137

## SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL

To: Southern Poverty Law Center, Jeffrey Doe, Mary Doe, John Doe 1, John Doe 2, and John Doe 3

*c/o Miriam Haskell Fla Bar. No. 69033*
*P.O. Box 370037*
*Miami Fl 33137*

DATE __2/20/13__
TIME __2:08 pm__
SHERIFF OF DADE COUNTY
DADE COUNTY FLORIDA

**IMPORTANT**   BY __C Law__ D.S.
8044

A lawsuit has been filed against you. You have **20 calendar days** after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at:

*430 South Commerce*
*Sebring Fl 33870*

A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case.
**If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a copy of your written response to the party serving this summons at:

*2012 Gardenview Road*
*Sebring Fl 33870*

14

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request.

You must keep the Clerk of the Circuit Court's office notified of your current address. Future papers in this lawsuit will be mailed to the address on record at the clerk's office.

THE STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE: You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named person(s).

DATED:   1/30/13
CLERK OF THE CIRCUIT COURT
(SEAL)

By:
~~Deputy~~ Clerk

15

**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075. (See instructions for completion.)

**I.    CASE STYLE**

*circuit court of the 10th Judicial circuit*
(Name of Court) *in and for Highlands County Fl.*

Plaintiff  *Phillip L. White*                    Case #: *GC 11-677*

                                                Judge:  _____

vs.

Defendant  *Morris Dees, Richard Cohen, Mark Potok Heidi Beirich and Southern Poverty Law center*

**II.    TYPE OF CASE**       (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x in both the main category and subcategory boxes.

☐ Condominium $0 - $50,000

☐ Contracts and indebtedness $0 - $249,999

☐ Eminent domain more

☐ Auto negligence

☐ Negligence—other

  ☐ Business governance

  ☐ Business torts

  ☐ Environmental/Toxic tort

  ☐ Third party indemnification

  ☐ Construction defect

  ☐ Mass tort $0 - $249,999

  ☐ Negligent security

  ☐ Nursing home negligence

  ☐ Premises liability—commercial

  ☐ Premises liability—residential

☐ Products liability

☐ Real property/Mortgage foreclosure

  ☐ Commercial foreclosure $0 - $50,000

  ☐ Commercial foreclosure $50,001 - $249,999

  ☐ Commercial foreclosure $250,000 or more

☐ Homestead residential foreclosure $0 -

☐ Homestead residential foreclosure $50,001 -

☐ Homestead residential foreclosure $250,000 or

☐ Nonhomestead residential foreclosure $0 - $50,000

☐ Nonhomestead residential foreclosure $50,001 - $249,999

☐ Nonhomestead residential foreclosure $250,000 or more

☐ Other real property actions $0 - $50,000

☐ Other real property actions $50,001 -

☐ Other real property actions $250,000 or more

☐ Professional malpractice

  ☐ Malpractice—business

  ☐ Malpractice—medical

  ☐ Malpractice—other professional

☐ Other

  ☐ Antitrust/Trade regulation

  ☐ Business transactions

  ☐ Constitutional challenge—statute or ordinance

16

☐ Constitutional challenge—proposed amendment    ☒ Libel/Slander
☐ Corporate trusts    ☐ Shareholder derivative action
☐ Discrimination—employment or other    ☐ Securities litigation
☐ Insurance claims    ☐ Trade secrets
☐ Intellectual property    ☐ Trust litigation

III.    **REMEDIES SOUGHT** (check all that apply):
☐ monetary;
☐ nonmonetary declaratory or injunctive relief;
☒ punitive

IV.    **NUMBER OF CAUSES OF ACTION:** [5]
(specify) _Stalking, terrorization, conspiracy to murder identity theft and attempts to defame_

V.    **IS THIS CASE A CLASS ACTION LAWSUIT?**
☐ yes
☒ no

VI.    **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ no
☐ yes If "yes," list all related cases by name, case number, and court.

_____

_____

_____

VII.    **IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ yes
☐ no

_____

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature _____    Fla. Bar #_____

    Attorney or party    (Bar # if attorney

_____    _____

(type or print name)    Date

17



IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT

IN AND FOR HIGHLANDS COUNTY, FLORIDA

GC11-677

PHILLIP L WHITE

Plaintiff,

MORISS DEES, RICHARD COHEN, MARK POTOK, HEIDI BEIRICH and SOUTHERN POVERTY LAW CENTER

Defendants

Plaintiff,    PHILLIP L WHITE , sues Defendants, MORRIS DEES (herinafter referred to as "Dees") RICHARD COHEN, MARK POTOK and HEIDI BEIRICH    (hereinafter referred to as "Senior Staff") and SOUTHERN POVERTY LAW CENTER (hereinafter referred to as "Southern")and alleges as follows:

2.    Dees is a resident of Montgomery Alabama and at all times was an officer of Southern.    Semior Saff are    and at all times material to this suite were officers    of Southern.

3. Southern is an Alabama organization, whose principal place of operation is located in Montgomery Alabama at 400 Washington Avenue, zip code 36104.

4.    At all time material hereto, Dees and Senior Staff were    agents, or employees of and for Southern, and were    acting within the course and scope of their employment with Southern.

5.    Plaintiff is a board member of the national board of directors of the Council of Conservative Citizens.

6.    Dees, Senior Staff and Southern act as political propgandist against conservative organizations. Dees and Southern publish a magazine in which they habitually refer to conservative organizations as "hate groups."

7.    Dees, Senior Staff and Southern in addition insert spys in conservative organizations and    have a full time paid employee of Southern as a spy/sabotuer    in the Council of Conservative Citizens.

8. On learning that Plantiff had discerned the identity of the Southern spy in the Council of Conservative Citizens detrimental actions against Plaintiff including stealing his identify information via an on line attack, interferring with his political posting on the internet, reading his private emails, attempts to frame Plaintiff with    manufactured crimes, attempts to terrorize Plaintiff by stalking and at two points initiating plots to murder Plaintiff, all of which caused Plaintiff intense emotional stress. In addition Plaintiff was caused considerable expense to provide for his own security and lost his right to move about freely and unworried    for Plaintiff's safety.

18

10. During October of 2007   Dees, Senior Staff and Southern had paid killers preparing to kill Plaintiff.  This plot   to murder Plaintiff was   on going through much of the month of October 2007 and possibly into early November.    The murder conspiracy was reactivated in the spring of 2009 after Plaintiff had resumed attending political meetings out of state.

11. In early   October of 2007 Plaintiff made contact with the Sebring Police Department, including officer Low and Cpl Buck.   Officer Low at that time refused to accept a complaint on stalking from Plaintiff.

12.   By early November Plaintiff had provided additional information to Cpl Buck and by mid-November had noticed full police and neighborhood watch protection.   Plaintiff meanwhile had ceased to leave Highlands County for fear of his life.    At this time Plaintiff had begun to provide Cpl Buck Plaintiff's weekly advance iterneraries to facilitate the police and neighborhood watch protection of Plaintiff.

13.   In May of 2008 Cpl Markham, Cpl Bucks suprevisor returned a call from Plaintiff in which Markham referred to the danger of Plaintiff conversing on phones due to fears of SPD that the stalkers might be employing an electronic surveillance van.   Cpl Markham further stated that the perpetrators were "watching everything you do on the internet."   Lastly in this phone converstation Cpl Markham alluded to a call he had coming in from Washington, indicating to Plaintiff that federal law enforcement was active in organizing protection for Plaintiff.

14. Pervasive stalking organized and financed by Defendants continued to late Spring of 2009 and on a lesser scale up to at least the Spring of 2010.

15.   Full details of the stalkling, terroization and conspiracy to murder are available from SPD/HCS officers and Federal law enforcement officers.

17.    As a direct result of Defendants actions Plaintiff has suffered intense emotional stress and considerable expense providing for Plaintiffs   security measures and puchasing computing and printing equipment and secure cell phones to assist in necessary communications with law enforcement in attempts to end Defendants illegal activity against Plaintiff.

WHEREFORE, PLAINTIFF demands judgement against Dees, Senior Staff and Southern for compensatory damages, prejudgment interest and the costs of this action, and furthermore respectfully requests a trail by jury on all issues so triable.

Dated this_7th_ day of _October_ 2011

Phillip L. White

19



AMENDMENT TO COMPLAINT

PHILLIP L WHITE

Address 2011 Gardenview Road
Sebring Fl 33870
Phone 863-385-0706
Attorney for Plaintiff, ___Pro se___

CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT, County of HIGHLANDS
_____ No.GC11-677 _____

PHILLIP L WHITE Plaintiff vs. MORISS DEES, RICHARD COHEN, MARK POTOK, HEIDI BEIRICH AND SOUTHERN POVERTY LAW CENTER Defendants

1ST AMENDMENT TO COMPLAINT

Plaintiff, PHILLIP L WHITE, amends the complaint in this action as follows:

In the heading at "MORISS DEES, RICHARD COHEN, MARK POTOK, HEIDI BEIRICH and SOUTHERN POVERTY LAW CENTER" delete "MORISS DEES, RICHARD COHEN, MARK POTOK, HEIDI BEIRICH" and insert "JEFFREY DOE, MARY DOE, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3"

Delete paragraph 1 and replace with. "Plaintiff, PHILLIP L WHITE, sues Defendants SOUTHERN POVERTY LAW CENTER, (hereinafter referred to as "Southern") JEFFREY DOE, MARY DOE, JOHN DOE 1, JOHN DOE 2 and JOHN DOE 3 and alleges as follows:"

Renumber the paragraphs 2 through 15 as paragraphs 3 through 16.

Add in place of the original paragraph 2. " Defendants Jeffrey Doe, Mary Doe, John Doe 1, John Doe 2 and John Doe 3 acted as agents for defendant Southern and were residents of the state of Florida. Furthermore defendant Jeffrey Doe participated in supervising stalking of plaintiff. Mary Doe, John Doe 1, John Doe 2 and John Doe 3 participated in stalking and terrorization of plaintiff. Morris Dees, Richard Cohen, Mark Potok and Heidi Beirich (hereinafter referred to as "Senior Staff") were and are officers of Southern and acted as organizers of stalking and terrorization of plaintiff.
Pictures of defendants "Mary Doe, John Doe 1, John Doe 2 and John Doe 3" are attached.

To the end of the newly numbered paragraph 4 after "36104" add "and maintains offices in Miami Fl. In Miami Southern is represented by Miriam Haskell Fla. Bar. No. 69033. P.O. Box 370037, Miami, Fl. 33137
Tel (786) 347-2056."

In the newly numbered paragraph 14 at "financed by defendants" delete "defendants" and insert "senior staff".

20



In the closing statement at ""judgment against Dees, Senior Staff and Southern" delete "Dees, Senior Staff " and insert "Jeffrey Doe, Mary Doe, John Doe 1, John Doe 2, John Doe 3"

Dated this _____8^TH_____ day of Oct. 2012

Signature,

Phillip L. White

21







24

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT,
IN AND FOR HIGHLANDS COUNTY, FLORIDA

SERVED

DATE 2/25/13

TIME 9:03 pm

SHERIFF OF DADE COUNTY

DADE COUNTY FLORIDA

BY _____ D.S

BADGE No. _____

Case No.:GC11-677

Division: CIVIL

Phillip L White
-------------------
Plaintiff,

and

Southern Poverty Law Center, Jeffrey Doe, Mary Doe, John Doe 1, John Doe 2, and John Doe 3

-----------------------------------------------------------------
Defendants. 4770 Biscayne Blvd #760 Miami Fl 33137
-----------------------------------------------------------------

## SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL

To: Southern Poverty Law Center, Jeffrey Doe, Mary Doe, John Doe1, John Doe 2, and John Doe 3

-------------------------------------------------------------------------------------

*c/o Miriam Haskell Fla Bar. No. 69033*
*P.O. Box 370037*
*Miami Fl 33137*

### IMPORTANT

A lawsuit has been filed against you. You have **20 calendar days** after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at:

*430 South Commerce*
*Sebring Fl 33870*

A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case.
**If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a copy of your written response to the party serving this summons at:

*2012 Gardenview Road*
*Sebring Fl 33870*

25

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request.
You must keep the Clerk of the Circuit Court's office notified of your current address.
Future papers in this lawsuit will be mailed to the address on record at the clerk's office.

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE: You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named person(s).

DATED:  1/30/13

CLERK OF THE CIRCUIT COURT
(SEAL)

By:

Deputy Clerk

26

**FORM 1.997.   CIVIL COVER SHEET**

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075. (See instructions for completion.)

**I.   CASE STYLE**

_circuit court of the 10TH Judicial circuit_
(Name of Court) _in and for Highlands County Fl._

Plaintiff _Phillip L. White_

Case #: _GC 11-677_

Judge: _____

vs.

Defendant _Morris Dees, Richard Cohen, Mark Potok,_
_Heidi Beirich and Southern Poverty Law center_

**II.   TYPE OF CASE**      (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x in both the main category and subcategory boxes.

☐ Condominium $50,000
☐ Contracts and indebtedness $249,999
☐ Eminent domain more
☐ Auto negligence
☐ Negligence—other
   ☐ Business governance
   ☐ Business torts
   ☐ Environmental/Toxic tort
   ☐ Third party indemnification
   ☐ Construction defect
   ☐ Mass tort $249,999
   ☐ Negligent security
   ☐ Nursing home negligence
   ☐ Premises liability—commercial
   ☐ Premises liability—residential
☐ Products liability
☐ Real property/Mortgage foreclosure
   ☐ Commercial foreclosure $0 - $50,000
   ☐ Commercial foreclosure $50,001 - $249,999
   ☐ Commercial foreclosure $250,000 or more

☐ Homestead residential foreclosure $0 -
☐ Homestead residential foreclosure $50,001 -
☐ Homestead residential foreclosure $250,000 or
☐ Nonhomestead residential foreclosure $0 - $50,000
☐ Nonhomestead residential foreclosure $50,001 - $249,999
☐ Nonhomestead residential foreclosure $250,000 or more
☐ Other real property actions $0 - $50,000
☐ Other real property actions $50,001 -
☐ Other real property actions $250,000 or more
☐ Professional malpractice
   ☐ Malpractice—business
   ☐ Malpractice—medical
   ☐ Malpractice—other professional
☐ Other
   ☐ Antitrust/Trade regulation
   ☐ Business transactions
   ☐ Constitutional challenge—statute or ordinance

27

□ Constitutional challenge—proposed amendment ☒ Libel/Slander
□ Corporate trusts                                □ Shareholder derivative action
□ Discrimination—employment or other             □ Securities litigation
□ Insurance claims                               □ Trade secrets
□ Intellectual property                          □ Trust litigation

**III.   REMEDIES SOUGHT** (check all that apply):
□ monetary;
□ nonmonetary declaratory or injunctive relief;
☒ punitive

**IV.   NUMBER OF CAUSES OF ACTION:** [5]
(specify) _stalking, terrorization, conspiracy to murder identity theft and attempts to defame_

**V.   IS THIS CASE A CLASS ACTION LAWSUIT?**
□ yes
☒ no

**VI.   HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ no
□ yes If "yes," list all related cases by name, case number, and court.

_____
_____
_____
_____

**VII.   IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ yes
□ no

_____
_____

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature _____          Fla. Bar #_____

          Attorney or party                              (Bar # if attorney

_____                    _____

(type or print name)                              Date

28



IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT

IN AND FOR HIGHLANDS COUNTY, FLORIDA

*GC11-677*

PHILLIP L WHITE

Plaintiff,

MORISS DEES, RICHARD COHEN, MARK POTOK, HEIDI BEIRICH and SOUTHERN POVERTY LAW CENTER

Defendants

Plaintiff,     PHILLIP L WHITE , sues Defendants, MORRIS DEES (herinafter referred to as "Dees") RICHARD COHEN, MARK POTOK and HEIDI BEIRICH   (hereinafter referred to as "Senior Staff") and SOUTHERN POVERTY LAW CENTER (hereinafter referred to as "Southern")and alleges as follows:

2.   Dees is a resident of Montgomery Alabama and at all times was an officer of Southern.   Semior Saff are    and at all times material to this suite were officers   of Southern.

3. Southern is an Alabama organization, whose principal place of operation is located in Montgomery Alabama at 400 Washington Avenue, zip code 36104.

4.   At all time material hereto, Dees and Senior Staff were    agents, or employees of and for Southern, and were    acting within the course and scope of their employment with Southern.

5.   Plaintiff is a board member of the national board of directors of the Council of Conservative Citizens.

6.   Dees, Senior Staff and Southern act as political propgandist against conservative organizations. Dees and Southern publish a magazine in which they habitually refer to conservative organizations as "hate groups."

7.     Dees, Senior Staff and Southern in addition insert spys in conservative organizations and    have a full time paid employee of Southern as a spy/sabotuer     in the Council of Conservative Citizens.

8. On learning that Plantiff had discerned the identity of the Southern spy in the Council of Conservative Citizens detrimental actions against Plaintiff including stealing his identify information via an on line attack, interferring with his political posting on the internet, reading his private emails, attempts to frame Plaintiff with    manufactured crimes, attempts to terrorize Plaintiff by stalking and at two points initiating plots to murder Plaintiff, all of which caused Plaintiff intense emotional stress. In addition Plaintiff was caused considerable expense to provide for his own security and lost his right to move about freely and unworried    for Plaintiff's safety.

29

9
10. During October of 2007  Dees, Senior Staff and Southern had paid killers preparing to kill Plaintiff.   This plot   to murder Plaintiff was   on going through much of the month of October 2007 and possibly into early November.      The murder conspiracy was reactivated in the spring of 2009 after Plaintiff had resumed attending political meetings out of state.

10
11. In early   October of 2007 Plaintiff made contact with the Sebring Police Department, including officer Low and Cpl Buck.   Officer Low at that time refused to accept a complaint on stalking from Plaintiff.

11
12. By early November Plaintiff had provided additional information to Cpl Buck and by mid-November had noticed full police and neighborhood watch protection.   Plaintiff meanwhile had ceased to leave Highlands County for fear of his life.     At this time Plaintiff had begun to provide Cpl Buck Plaintiff's weekly advance iterneraries to facilitate the police and neighborhood watch protection of Plaintiff.

12
13. In May of 2008 Cpl Markham, Cpl Bucks suprevisor returned a call from Plaintiff in which Markham referred to the danger of Plaintiff conversing on phones due to fears of SPD that the stalkers might be employing an electronic surveillance van.   Cpl Markham further stated that the perpetrators were "watching everything you do on the internet."   Lastly in this phone converstation Cpl Markham alluded to a call he had coming in from Washington, indicating to Plaintiff that federal law enforcement was active in organizing protection for Plaintiff.

13
14. Pervasive stalking organized and financed by Defendants continued to late Spring of 2009 and on a lesser scale up to at least the Spring of 2010.

14
15. Full details of the stalkling, terroization and conspiracy to murder are available from SPD/HCS officers and Federal law enforcement officers.

15
17. As a direct result of Defendants actions Plaintiff has suffered intense emotional stress and considerable expense providing for Plaintiffs   security measures and puchasing computing and printing equipment and secure cell phones to assist in necessary communications with law enforcement in attempts to end Defendants illegal activity against Plaintiff.

WHEREFORE, PLAINTIFF demands judgement against Dees, Senior Staff and Southern for compensatory damages, prejudgment interest and the costs of this action, and furthermore respectfully requests a trail by jury on all issues so triable.

Dated this _7th_ day of _October_ 2011

_Phillip J. White_

Phillip L. White

30

In the closing statement at ""judgment against Dees, Senior Staff and Southern" delete "Dees, Senior Staff " and insert "Jeffrey Doe, Mary Doe, John Doe 1, John Doe 2, John Doe 3"

Dated this _____ 8 TH _____ day of Oct. 2012

Signature,

Phillip L White

31



32





34

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT,
IN AND FOR HIGHLANDS COUNTY, FLORIDA

SERVED
DATE 2/25/13
TIME 1:03pm
SHERIFF OF DADE COUNTY
DADE COUNTY FLORIDA
BY C. LAW D.S
BADGE No. 8044

Case No.:GC11-677

Division: CIVIL

Phillip L White
--------------------
Plaintiff,

and

Southern Poverty Law Center, Jeffrey Doe, Mary Doe, John Doe 1, John Doe 2, and John Doe 3
----------------------------------------------------------------------------------------
Defendants. 4770 Biscayne Blvd # 760, Miami Fl 33137

## SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL

To: Southern Poverty Law Center,  Jeffrey Doe, Mary Doe, John Doe1, John Doe 2, and John Doe 3
----------------------------------------------------------------------------------------------

*c/o Miriam Haskell Fla Bar. No. 69033*
*P.O. Box 370037*
*Miami Fl 33137*

## IMPORTANT

A lawsuit has been filed against you. You have **20 calendar** days after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at:

*430 South Commerce*
*Sebring Fl 33870*

A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case.
**If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a copy of your written response to the party serving this summons at:

*2012 Gardenview Road*
*Sebring Fl 33870*

35

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request.
You must keep the Clerk of the Circuit Court's office notified of your current address.
Future papers in this lawsuit will be mailed to the address on record at the clerk's office.

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE: You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named person(s).

DATED: 1/30/13
CLERK OF THE CIRCUIT COURT
(SEAL)

By:
Deputy Clerk

36

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075. (See instructions for completion.)

**I. CASE STYLE**

cIrcuiT court of the 10TH Judicial circuit
(Name of Court) *in and for Highlands County FL.*

Plaintiff *Phillip L. White*

Case #: *GC 11-677*

Judge: _____

vs.

Defendant *Morris Dees, Richard Cohen, Mark Potok, Heidi Beirich and Southern Poverty Law center*

**II. TYPE OF CASE** (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x in both the main category and subcategory boxes.

☐ Condominium
$50,000
☐ Contracts and indebtedness
$249,999
☐ Eminent domain
more
☐ Auto negligence
☐ Negligence—other
  ☐ Business governance
  ☐ Business torts
  ☐ Environmental/Toxic tort
  ☐ Third party indemnification
  ☐ Construction defect
  ☐ Mass tort
$249,999
  ☐ Negligent security
  ☐ Nursing home negligence
  ☐ Premises liability—commercial
  ☐ Premises liability—residential
☐ Products liability
☐ Real property/Mortgage foreclosure
  ☐ Commercial foreclosure $0 - $50,000
  ☐ Commercial foreclosure $50,001 - $249,999
  ☐ Commercial foreclosure $250,000 or more

☐ Homestead residential foreclosure $0 -

☐ Homestead residential foreclosure $50,001 -

☐ Homestead residential foreclosure $250,000 or

☐ Nonhomestead residential foreclosure
  $0 - $50,000
☐ Nonhomestead residential foreclosure
  $50,001 - $249,999
☐ Nonhomestead residential foreclosure
  $250,000 or more
☐ Other real property actions $0 - $50,000
☐ Other real property actions $50,001 -

☐ Other real property actions $250,000 or more
☐ Professional malpractice
  ☐ Malpractice—business
  ☐ Malpractice—medical
  ☐ Malpractice—other professional
☐ Other
  ☐ Antitrust/Trade regulation
  ☐ Business transactions
  ☐ Constitutional challenge—statute or ordinance

37

☐ Constitutional challenge—proposed amendment     ☒ Libel/Slander
☐ Corporate trusts     ☐ Shareholder derivative action
☐ Discrimination—employment or other     ☐ Securities litigation
☐ Insurance claims     ☐ Trade secrets
☐ Intellectual property     ☐ Trust litigation

**III.**   **REMEDIES SOUGHT** (check all that apply):
☐ monetary;
☐ nonmonetary declaratory or injunctive relief;
☒ punitive

**IV.**   **NUMBER OF CAUSES OF ACTION:** [5].
(specify) _stalking, terrorization, conspiracy to murder identity theft and attempts to defame_

**V.**   **IS THIS CASE A CLASS ACTION LAWSUIT?**
☐ yes
☒ no

**VI.**   **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ no
☐ yes If "yes," list all related cases by name, case number, and court.

_____

_____

_____

**VII.**   **IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ yes
☐ no

_____

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature _____     Fla. Bar #_____

    Attorney or party     (Bar # if attorney

_____     _____

(type or print name)     Date

38



IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT

IN AND FOR HIGHLANDS COUNTY, FLORIDA

GC11-677

PHILLIP L WHITE

Plaintiff,

MORISS DEES, RICHARD COHEN, MARK POTOK, HEIDI BEIRICH and SOUTHERN POVERTY LAW CENTER

Defendants

Plaintiff, PHILLIP L WHITE , sues Defendants, MORRIS DEES (herinafter referred to as "Dees") RICHARD COHEN, MARK POTOK and HEIDI BEIRICH (hereinafter referred to as "Senior Staff") and SOUTHERN POVERTY LAW CENTER (hereinafter referred to as "Southern")and alleges as follows:

2. Dees is a resident of Montgomery Alabama and at all times was an officer of Southern. Semior Saff are and at all times material to this suite were officers of Southern.

3. Southern is an Alabama organization, whose principal place of operation is located in Montgomery Alabama at 400 Washington Avenue, zip code 36104.

4. At all time material hereto, Dees and Senior Staff were agents, or employees of and for Southern, and were acting within the course and scope of their employment with Southern.

5. Plaintiff is a board member of the national board of directors of the Council of Conservative Citizens.

6. Dees, Senior Staff and Southern act as political propgandist against conservative organizations. Dees and Southern publish a magazine in which they habitually refer to conservative organizations as "hate groups."

7. Dees, Senior Staff and Southern in addition insert spys in conservative organizations and have a full time paid employee of Southern as a spy/sabotuer in the Council of Conservative Citizens.

8. On learning that Plantiff had discerned the identity of the Southern spy in the Council of Conservative Citizens detrimental actions against Plaintiff including stealing his identify information via an on line attack, interferring with his political posting on the internet, reading his private emails, attempts to frame Plaintiff with manufactured crimes, attempts to terrorize Plaintiff by stalking and at two points initiating plots to murder Plaintiff, all of which caused Plaintiff intense emotional stress. In addition Plaintiff was caused considerable expense to provide for his own security and lost his right to move about freely and unworried for Plaintiff's safety.

39



During October of 2007 Dees, Senior Staff and Southern had paid killers preparing to kill Plaintiff.   This plot   to murder Plaintiff was   on going through much of the month of October 2007 and possibly into early November.   The murder conspiracy was reactivated in the spring of 2009 after Plaintiff had resumed attending political meetings out of state.

In early   October of 2007 Plaintiff made contact with the Sebring Police Department, including officer Low and Cpl Buck.   Officer Low at that time refused to accept a complaint on stalking from Plaintiff.

By early November Plaintiff had provided additional information to Cpl Buck and by mid-November had noticed full police and neighborhood watch protection.   Plaintiff meanwhile had ceased to leave Highlands County for fear of his life.    At this time Plaintiff had begun to provide Cpl Buck Plaintiff's weekly advance iterneraries to facilitate the police and neighborhood watch protection of Plaintiff.

In May of 2008 Cpl Markham, Cpl Bucks suprevisor returned a call from Plaintiff in which Markham referred to the danger of Plaintiff conversing on phones due to fears of SPD that the stalkers might be employing an electronic surveillance van.    Cpl Markham further stated that the perpetrators were "watching everything you do on the internet."    Lastly in this phone converstation Cpl Markham alluded to a call he had coming in from Washington, indicating to Plaintiff that federal law enforcement was active in organizing protection for Plaintiff.

Pervasive stalking organized and financed by Defendants continued to late Spring of 2009 and on a lesser scale up to at least the Spring of 2010.

Full details of the stalkling, terroization and conspiracy to murder are available from SPD/HCS officers and Federal law enforcement officers.

As a direct result of Defendants actions Plaintiff has suffered intense emotional stress and considerable expense providing for Plaintiffs   security measures and puchasing computing and printing equipment and secure cell phones to assist in necessary communications with law enforcement in attempts to end Defendants illegal activity against Plaintiff.

WHEREFORE, PLAINTIFF demands judgement against Dees, Senior Staff and Southern for compensatory damages, prejudgment interest and the costs of this action, and furthermore respectfully requests a trail by jury on all issues so triable.

Dated this __7th__ day of __October__ 2011

Phillip L. White

 

AMENDMENT TO COMPLAINT

PHILLIP L WHITE

Address 2011 Gardenview Road
Sebring Fl 33870
Phone 863-385-0706
Attorney for Plaintiff, ___Pro se___

CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT, County of HIGHLANDS
No.GC11-677

PHILLIP L WHITE Plaintiff vs. MORISS DEES, RICHARD COHEN, MARK POTOK, HEIDI BEIRICH AND SOUTHERN POVERTY LAW CENTER Defendants

1ST AMENDMENT TO COMPLAINT

Plaintiff, PHILLIP L WHITE, amends the complaint in this action as follows:

In the heading at "MORISS DEES, RICHARD COHEN, MARK POTOK, HEIDI BEIRICH and SOUTHERN POVERTY LAW CENTER" delete "MORISS DEES, RICHARD COHEN, MARK POTOK, HEIDI BEIRICH" and insert "JEFFREY DOE, MARY DOE, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3"

Delete paragraph 1 and replace with. "Plaintiff, PHILLIP L WHITE, sues Defendants SOUTHERN POVERTY LAW CENTER, (hereinafter referred to as "Southern") JEFFREY DOE, MARY DOE, JOHN DOE 1, JOHN DOE 2 and JOHN DOE 3 and alleges as follows:"

Renumber the paragraphs 2 through 15 as paragraphs 3 through 16.

Add in place of the original paragraph 2. " Defendants Jeffrey Doe, Mary Doe, John Doe 1, John Doe 2 and John Doe 3 acted as agents for defendant Southern and were residents of the state of Florida. Furthermore defendant Jeffrey Doe participated in supervising stalking of plaintiff. Mary Doe, John Doe 1, John Doe 2 and John Doe 3 participated in stalking and terrorization of plaintiff. Morris Dees, Richard Cohen, Mark Potok and Heidi Beirich (hereinafter referred to as "Senior Staff") were and are officers of Southern and acted as organizers of stalking and terrorization of plaintiff.
Pictures of defendants "Mary Doe, John Doe 1, John Doe 2 and John Doe 3" are attached.

To the end of the newly numbered paragraph 4 after "36104" add "and maintains offices in Miami Fl. In Miami Southern is represented by Miriam Haskell Fla. Bar. No. 69033. P.O. Box 370037, Miami, Fl. 33137
Tel (786) 347-2056."

In the newly numbered paragraph 14 at "financed by defendants" delete "defendants" and insert "senior staff".

41

In the closing statement at ""judgment against Dees, Senior Staff and Southern" delete
"Dees, Senior Staff " and insert "Jeffrey Doe, Mary Doe, John Doe 1, John Doe 2, John Doe 3"

Dated this _____ 8 ᵀᴴ _____ day of Oct. 2012

Signature,

*Phillip J White*

Phillip L White

42





Case 2:13-cv-14126-KMM   Document 1-2   Entered on FLSD Docket 03/26/2013   Page 45 of 83



IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT,
IN AND FOR HIGHLANDS COUNTY, FLORIDA

Case No.:GC11-677

Division: CIVIL

Phillip L White
------------------
Plaintiff,

and

Southern Poverty Law Center, Jeffrey Doe, Mary Doe, John Doe 1, John Doe 2, and John Doe 3

Defendants.

SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL

To: Southern Poverty Law Center,  Jeffrey Doe, Mary Doe, John Doe1, John Doe 2, and John Doe 3

*c/o Miriam Haskell Fla Bar. No. 69033*
*P.O. Box 370037*
*Miami Fl 33137*

## IMPORTANT

A lawsuit has been filed against you. You have **20 calendar days** after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at:

*430 South Commerce*
*Sebring Fl 33870*

A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case.
**If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a copy of your written response to the party serving this summons at:

*2012 Gardenview Road*
*Sebring Fl 33870*

46

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request.
You must keep the Clerk of the Circuit Court's office notified of your current address.
Future papers in this lawsuit will be mailed to the address on record at the clerk's office.

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE: You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named person(s).

DATED: 1/30/13
CLERK OF THE CIRCUIT COURT
(SEAL)

By:
Deputy Clerk

47

**FORM 1.997.   CIVIL COVER SHEET**

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075. (See instructions for completion.)

---

**I.   CASE STYLE**

circuit court of the 10TH Judicial circuit
(Name of Court) In and for Highlands County Fl.

Plaintiff   Phillip L. White                                Case #: GC 11—677

                                                            Judge: _____

vs.

Defendant   Morriss Dees, Richard Cohen, Mark Potok, Heidi Beirich and Southern Poverty Law center

**II.   TYPE OF CASE**    (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x in both the main category and subcategory boxes.

☐ Condominium $50,000
☐ Contracts and indebtedness $249,999
☐ Eminent domain more
☐ Auto negligence
☐ Negligence—other
   ☐ Business governance
   ☐ Business torts
   ☐ Environmental/Toxic tort
   ☐ Third party indemnification
   ☐ Construction defect
   ☐ Mass tort $249,999
   ☐ Negligent security
   ☐ Nursing home negligence
   ☐ Premises liability—commercial
   ☐ Premises liability—residential
☐ Products liability
☐ Real property/Mortgage foreclosure
   ☐ Commercial foreclosure $0 - $50,000
   ☐ Commercial foreclosure $50,001 - $249,999
   ☐ Commercial foreclosure $250,000 or more

☐ Homestead residential foreclosure $0 -
☐ Homestead residential foreclosure $50,001 -
☐ Homestead residential foreclosure $250,000 or
☐ Nonhomestead residential foreclosure $0 - $50,000
☐ Nonhomestead residential foreclosure $50,001 - $249,999
☐ Nonhomestead residential foreclosure $250,000 or more
☐ Other real property actions $0 - $50,000
☐ Other real property actions $50,001 -
☐ Other real property actions $250,000 or more
☐ Professional malpractice
   ☐ Malpractice—business
   ☐ Malpractice—medical
   ☐ Malpractice—other professional
☐ Other
   ☐ Antitrust/Trade regulation
   ☐ Business transactions
   ☐ Constitutional challenge—statute or ordinance

48

☐ Constitutional challenge—proposed amendment  ☒ Libel/Slander
☐ Corporate trusts  ☐ Shareholder derivative action
☐ Discrimination—employment or other  ☐ Securities litigation
☐ Insurance claims  ☐ Trade secrets
☐ Intellectual property  ☐ Trust litigation

III.   **REMEDIES SOUGHT** (check all that apply):
☐ monetary;
☐ nonmonetary declaratory or injunctive relief;
☒ punitive

IV.   **NUMBER OF CAUSES OF ACTION:** [5]
(specify) _Stalking, terrorization, conspiracy to murder identity theft and attempts to defame_

V.   **IS THIS CASE A CLASS ACTION LAWSUIT?**
☐ yes
☒ no

VI.   **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ no
☐ yes If "yes," list all related cases by name, case number, and court.

_____

_____

_____

VII.   **IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ yes
☐ no

_____

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature _____        Fla. Bar #_____

            Attorney or party                                (Bar # if attorney

_____        _____

(type or print name)                                    Date

49

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT

IN AND FOR HIGHLANDS COUNTY, FLORIDA

GC11-677

PHILLIP L WHITE

Plaintiff,

MORISS DEES, RICHARD COHEN, MARK POTOK, HEIDI BEIRICH and SOUTHERN POVERTY LAW CENTER

Defendants

Plaintiff,    PHILLIP L WHITE , sues Defendants, MORRIS DEES (herinafter referred to as "Dees") RICHARD COHEN, MARK POTOK and HEIDI BEIRICH    (hereinafter referred to as "Senior Staff") and SOUTHERN POVERTY LAW CENTER (hereinafter referred to as "Southern")and alleges as follows:

2.    Dees is a resident of Montgomery Alabama and at all times was an officer of Southern.    Semior Saff are    and at all times material to this suite were officers    of Southern.

3. Southern is an Alabama organization, whose principal place of operation is located in Montgomery Alabama at 400 Washington Avenue, zip code 36104.

4.    At all time material hereto, Dees and Senior Staff were    agents, or employees of and for Southern, and were    acting within the course and scope of their employment with Southern.

5.    Plaintiff is a board member of the national board of directors of the Council of Conservative Citizens.

6.    Dees, Senior Staff and Southern act as political propgandist against conservative organizations. Dees and Southern publish a magazine in which they habitually refer to conservative organizations as "hate groups."

7.    Dees, Senior Staff and Southern in addition insert spys in conservative organizations and    have a full time paid employee of Southern as a spy/sabotuer    in the Council of Conservative Citizens.

8. On learning that Plantiff had discerned the identity of the Southern spy in the Council of Conservative Citizens detrimental actions against Plaintiff including stealing his identify information via an on line attack, interferring with his political posting on the internet, reading his private emails, attempts to frame Plaintiff with    manufactured crimes, attempts to terrorize Plaintiff by stalking and at two points initiating plots to murder Plaintiff, all of which caused Plaintiff intense emotional stress. In addition Plaintiff was caused considerable expense to provide for his own security and lost his right to move about freely and unworried    for Plaintiff's safety.

9. During October of 2007  Dees, Senior Staff and Southern had paid killers preparing to kill Plaintiff.  This plot  to murder Plaintiff was  on going through much of the month of October 2007 and possibly into early November.   The murder conspiracy was reactivated in the spring of 2009 after Plaintiff had resumed attending political meetings out of state.

10. In early  October of 2007 Plaintiff made contact with the Sebring Police Department, including officer Low and Cpl Buck.   Officer Low at that time refused to accept a complaint on stalking from Plaintiff.

11. By early November Plaintiff had provided additional information to Cpl Buck and by mid-November had noticed full police and neighborhood watch protection.   Plaintiff meanwhile had ceased to leave Highlands County for fear of his life.    At this time Plaintiff had begun to provide Cpl Buck Plaintiff's weekly advance iterneraries to facilitate the police and neighborhood watch protection of Plaintiff.

12. In May of 2008 Cpl Markham, Cpl Bucks suprevisor returned a call from Plaintiff in which Markham referred to the danger of Plaintiff conversing on phones due to fears of SPD that the stalkers might be employing an electronic surveillance van.   Cpl Markham further stated that the perpetrators were "watching everything you do on the internet."   Lastly in this phone converstation Cpl Markham alluded to a call he had coming in from Washington, indicating to Plaintiff that federal law enforcement was active in organizing protection for Plaintiff.

13. Pervasive stalking organized and financed by Defendants continued to late Spring of 2009 and on a lesser scale up to at least the Spring of 2010.

14. Full details of the stalkling, terroization and conspiracy to murder are available from SPD/HCS officers and Federal law enforcement officers.

15. As a direct result of Defendants actions Plaintiff has suffered intense emotional stress and considerable expense providing for Plaintiffs   security measures and puchasing computing and printing equipment and secure cell phones to assist in necessary communications with law enforcement in attempts to end Defendants illegal activity against Plaintiff.

WHEREFORE, PLAINTIFF demands judgement against Dees, Senior Staff and Southern for compensatory damages, prejudgment interest and the costs of this action, and furthermore respectfully requests a trail by jury on all issues so triable.

Dated this _7th_ day of _October_ 2011

Phillip L. White

51



# AMENDMENT TO COMPLAINT

PHILLIP L WHITE

Address 2011 Gardenview Road
Sebring Fl 33870
Phone 863-385-0706
Attorney for Plaintiff, ___Pro se___

CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT, County of HIGHLANDS

No.GC11-677

PHILLIP L WHITE Plaintiff vs. MORISS DEES, RICHARD COHEN, MARK POTOK, HEIDI BEIRICH AND SOUTHERN POVERTY LAW CENTER Defendants

1ST AMENDMENT TO COMPLAINT

Plaintiff, PHILLIP L WHITE, amends the complaint in this action as follows:

In the heading at "MORISS DEES, RICHARD COHEN, MARK POTOK, HEIDI BEIRICH and SOUTHERN POVERTY LAW CENTER" delete "MORISS DEES, RICHARD COHEN, MARK POTOK, HEIDI BEIRICH" and insert "JEFFREY DOE, MARY DOE, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3"

Delete paragraph 1 and replace with. "Plaintiff, PHILLIP L WHITE, sues Defendants SOUTHERN POVERTY LAW CENTER, (hereinafter referred to as "Southern") JEFFREY DOE, MARY DOE, JOHN DOE 1, JOHN DOE 2 and JOHN DOE 3 and alleges as follows:"

Renumber the paragraphs 2 through 15 as paragraphs 3 through 16.

Add in place of the original paragraph 2. " Defendants Jeffrey Doe, Mary Doe, John Doe 1, John Doe 2 and John Doe 3 acted as agents for defendant Southern and were residents of the state of Florida. Furthermore defendant Jeffrey Doe participated in supervising stalking of plaintiff. Mary Doe, John Doe 1, John Doe 2 and John Doe 3 participated in stalking and terrorization of plaintiff. Morris Dees, Richard Cohen, Mark Potok and Heidi Beirich (hereinafter referred to as "Senior Staff") were and are officers of Southern and acted as organizers of stalking and terrorization of plaintiff.
Pictures of defendants "Mary Doe, John Doe 1, John Doe 2 and John Doe 3" are attached.

To the end of the newly numbered paragraph 4 after "36104" add "and maintains offices in Miami Fl. In Miami Southern is represented by Miriam Haskell Fla. Bar. No. 69033. P.O. Box 370037, Miami, Fl. 33137
Tel (786) 347-2056."

In the newly numbered paragraph 14 at "financed by defendants" delete "defendants" and insert "senior staff".

52

In the closing statement at ""judgment against Dees, Senior Staff and Southern" delete "Dees, Senior Staff " and insert "Jeffrey Doe, Mary Doe, John Doe 1, John Doe 2, John Doe 3"

Dated this _____ 8 TH _____ day of Oct. 2012

Signature,

Phillip L White



IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT,
IN AND FOR HIGHLANDS COUNTY, FLORIDA

Case No.:GC11-677

Division: CIVIL

Phillip L White

Plaintiff,

and

Southern Poverty Law Center, Jeffrey Doe, Mary Doe, John Doe 1, John Doe 2, and John Doe 3

Defendants. 4770 Biscayne Blvd #760 Miami Fl 33137

**SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL**

To: Southern Poverty Law Center, Jeffrey Doe, Mary Doe, John Doe1, John Doe 2, and John Doe 3

*c/o Miriam Haskell Fla Bar. No. 69033*
*P.O. Box 370037*
*Miami Fl 33137*

**IMPORTANT**

A lawsuit has been filed against you. **You have 20 calendar days** after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at:

*430 South Commerce*
*Sebring Fl 33870*

A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case.
**If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a copy of your written response to the party serving this summons at:

*2012 Gardenview Road*
*Sebring Fl 33870*

55

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request.

You must keep the Clerk of the Circuit Court's office notified of your current address. Future papers in this lawsuit will be mailed to the address on record at the clerk's office.

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE: You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named person(s).

DATED: 1/30/13
CLERK OF THE CIRCUIT COURT
(SEAL)

By: _____
Deputy Clerk

56

FORM 1.997.   CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075. (See instructions for completion.)

**L.     CASE STYLE**

circuit court of the 10TH Judicial circuit
(Name of Court) in and for Highlands County FL.

Plaintiff  *Phillip L. White*

Case #: GC 11-677

Judge: _____

vs.

Defendant *Morris Dees, Richard Cohen, Mark Potok, Heidi Beirich and Southern Poverty Law center*

**II.     TYPE OF CASE**          (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x in both the main category and subcategory boxes.

☐ Condominium $0 - $50,000
☐ Contracts and indebtedness $50,001 - $249,999
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
  ☐ Business governance
  ☐ Business torts
  ☐ Environmental/Toxic tort
  ☐ Third party indemnification
  ☐ Construction defect
  ☐ Mass tort $50,001 - $249,999
  ☐ Negligent security
  ☐ Nursing home negligence
  ☐ Premises liability—commercial
  ☐ Premises liability—residential
☐ Products liability
☐ Real property/Mortgage foreclosure
  ☐ Commercial foreclosure $0 - $50,000
  ☐ Commercial foreclosure $50,001 - $249,999
  ☐ Commercial foreclosure $250,000 or more

☐ Homestead residential foreclosure $0 - $50,000
☐ Homestead residential foreclosure $50,001 - $249,999
☐ Homestead residential foreclosure $250,000 or more
☐ Nonhomestead residential foreclosure $0 - $50,000
☐ Nonhomestead residential foreclosure $50,001 - $249,999
☐ Nonhomestead residential foreclosure $250,000 or more
☐ Other real property actions $0 - $50,000
☐ Other real property actions $50,001 - $249,999
☐ Other real property actions $250,000 or more
☐ Professional malpractice
  ☐ Malpractice—business
  ☐ Malpractice—medical
  ☐ Malpractice—other professional
☐ Other
  ☐ Antitrust/Trade regulation
  ☐ Business transactions
  ☐ Constitutional challenge—statute or ordinance

**57**

☐ Constitutional challenge—proposed amendment
☐ Corporate trusts
☐ Discrimination—employment or other
☐ Insurance claims
☐ Intellectual property

☒ Libel/Slander
☐ Shareholder derivative action
☐ Securities litigation
☐ Trade secrets
☐ Trust litigation

**III.   REMEDIES SOUGHT** (check all that apply):
☐ monetary;
☐ nonmonetary declaratory or injunctive relief;
☒ punitive

**IV.   NUMBER OF CAUSES OF ACTION:** ☒
(specify) _Stalking, terrorization, conspiracy to murder, identity theft and attempts to defame_

**V.   IS THIS CASE A CLASS ACTION LAWSUIT?**
☐ yes
☒ no

**VI.   HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ no
☐ yes If "yes," list all related cases by name, case number, and court.

_____

_____

_____

**VII.   IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ yes
☐ no

_____

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature _____      Fla. Bar #_____

Attorney or party                                                      (Bar # if attorney

_____      _____

(type or print name)                                            Date

58



IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT

IN AND FOR HIGHLANDS COUNTY, FLORIDA

GC11-677

PHILLIP L WHITE

Plaintiff,

MORISS DEES, RICHARD COHEN, MARK POTOK, HEIDI BEIRICH and SOUTHERN POVERTY LAW CENTER

Defendants

Plaintiff,    PHILLIP L WHITE , sues Defendants, MORRIS DEES (herinafter referred to as "Dees") RICHARD COHEN, MARK POTOK and HEIDI BEIRICH   (hereinafter referred to as "Senior Staff") and SOUTHERN POVERTY LAW CENTER (hereinafter referred to as "Southern")and alleges as follows:

2.   Dees is a resident of Montgomery Alabama and at all times was an officer of Southern.   Semior Saff are   and at all times material to this suite were officers   of Southern.

3. Southern is an Alabama organization, whose principal place of operation is located in Montgomery Alabama at 400 Washington Avenue, zip code 36104.

4.   At all time material hereto, Dees and Senior Staff were   agents, or employees of and for Southern, and were   acting within the course and scope of their employment with Southern.

5.   Plaintiff is a board member of the national board of directors of the Council of Conservative Citizens.

6.   Dees, Senior Staff and Southern act as political propgandist against conservative organizations. Dees and Southern publish a magazine in which they habitually refer to conservative organizations as "hate groups."

7.     Dees, Senior Staff and Southern in addition insert spys in conservative organizations and   have a full time paid employee of Southern as a spy/sabotuer     in the Council of Conservative Citizens.

8. On learning that Plantiff had discerned the identity of the Southern spy in the Council of Conservative Citizens detrimental actions against Plaintiff including stealing his identify information via an on line attack, interferring with his political posting on the internet, reading his private emails, attempts to frame Plaintiff with   manufactured crimes, attempts to terrorize Plaintiff by stalking and at two points initiating plots to murder Plaintiff, all of which caused Plaintiff intense emotional stress. In addition Plaintiff was caused considerable expense to provide for his own security and lost his right to move about freely and unworried    for Plaintiff's safety.

59

9. During October of 2007  Dees, Senior Staff and Southern had paid killers preparing to kill Plaintiff.   This plot   to murder Plaintiff was   on going through much of the month of October 2007 and possibly into early November.     The murder conspiracy was reactivated in the spring of 2009 after Plaintiff had resumed attending political meetings out of state.

10. In early   October of 2007 Plaintiff made contact with the Sebring Police Department, including officer Low and Cpl Buck.    Officer Low at that time refused to accept a complaint on stalking from Plaintiff.

11. By early November Plaintiff had provided additional information to Cpl Buck and by mid-November had noticed full police and neighborhood watch protection.    Plaintiff meanwhile had ceased to leave Highlands County for fear of his life.     At this time Plaintiff had begun to provide Cpl Buck Plaintiff's weekly advance iternreraries to facilitate the police and neighborhood watch protection of Plaintiff.

12. In May of 2008 Cpl Markham, Cpl Bucks suprevisor returned a call from Plaintiff in which Markham referred to the danger of Plaintiff conversing on phones due to fears of SPD that the stalkers might be employing an electronic surveillance van.   Cpl Markham further stated that the perpetrators were "watching everything you do on the internet."   Lastly in this phone converstation Cpl Markham alluded to a call he had coming in from Washington, indicating to Plaintiff that federal law enforcement was active in organizing protection for Plaintiff.

13. Pervasive stalking organized and financed by Defendants continued to late Spring of 2009 and on a lesser scale up to at least the Spring of 2010.

14. Full details of the stalkling, terroization and conspiracy to murder are available from SPD/HCS officers and Federal law enforcement officers.

15. As a direct result of Defendants actions Plaintiff has suffered intense emotional stress and considerable expense providing for Plaintiffs   security measures and puchasing computing and printing equipment and secure cell phones to assist in necessary communications with law enforcement in attempts to end Defendants illegal activity against Plaintiff.

WHEREFORE, PLAINTIFF demands judgement against Dees, Senior Staff and Southern for compensatory damages, prejudgment interest and the costs of this action, and furthermore respectfully requests a trail by jury on all issues so triable.

Dated this _7th_ day of _October_ 2011

_(signature) Phillip J. White_

Phillip L. White

60

In the closing statement at ""judgment against Dees, Senior Staff and Southern" delete "Dees, Senior Staff " and insert "Jeffrey Doe, Mary Doe, John Doe 1, John Doe 2, John Doe 3"

Dated this _____ 8 TH _____ day of Oct. 2012

Signature,

Phillip L White

61







IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT,
IN AND FOR HIGHLANDS COUNTY, FLORIDA

Case No.:GC11-677

Division: CIVIL

Phillip L White
--------------------
Plaintiff,

and

Southern Poverty Law Center, Jeffrey Doe, Mary Doe, John Doe 1, John Doe 2, and John Doe 3

Defendants.   *4770 Biscayne Blvd #760 Miami Fl 33137*

**SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL**

To: Southern Poverty Law Center,  Jeffrey Doe, Mary Doe, John Doe1, John Doe 2, and John Doe 3

-----------------------------------------------------------------------------------------------

*c/o Miriam Haskell Fla Bar. No. 69033*
*P.O. Box 370037*
*Miami Fl 33137*

**IMPORTANT**

A lawsuit has been filed against you. You have **20 calendar days** after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at:

*430 South Commerce*
*Sebring Fl 33870*

A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case.
**If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a copy of your written response to the party serving this summons at:

*2012 Gardenview Road*
*Sebring Fl 33870*

65

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request.
You must keep the Clerk of the Circuit Court's office notified of your current address. Future papers in this lawsuit will be mailed to the address on record at the clerk's office.

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE: You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named person(s).

DATED: 1/30/13
CLERK OF THE CIRCUIT COURT
(SEAL)

By:
~~Deputy~~ Clerk

66

FORM 1.997.   CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075. (See instructions for completion.)

**I.     CASE STYLE**

cIrcuiT court of the 10ᵀᴴ Judicial circuit
(Name of Court) in and for Highlands County Fl.

Plaintiff  Phillip L. White                                Case #:  GC 11-677

                                                           Judge: _____

vs.

Defendant  Morriss Dees, Richard Cohen, Mark Potok,
Heidi Beirich and Southern Poverty Law center

**II.     TYPE OF CASE**     (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x in both the main category and subcategory boxes.

☐ Condominium $50,000
☐ Contracts and indebtedness $249,999
☐ Eminent domain more
☐ Auto negligence
☐ Negligence—other
　☐ Business governance
　☐ Business torts
　☐ Environmental/Toxic tort
　☐ Third party indemnification
　☐ Construction defect
　☐ Mass tort $249,999
　☐ Negligent security
　☐ Nursing home negligence
　☐ Premises liability—commercial
　☐ Premises liability—residential
☐ Products liability
☐ Real property/Mortgage foreclosure
　☐ Commercial foreclosure $0 - $50,000
　☐ Commercial foreclosure $50,001 - $249,999
　☐ Commercial foreclosure $250,000 or more

☐ Homestead residential foreclosure $0 -
☐ Homestead residential foreclosure $50,001 -
☐ Homestead residential foreclosure $250,000 or
☐ Nonhomestead residential foreclosure
　$0 - $50,000
☐ Nonhomestead residential foreclosure
　$50,001 - $249,999
☐ Nonhomestead residential foreclosure
　$250,000 or more
☐ Other real property actions $0 - $50,000
☐ Other real property actions $50,001 -
☐ Other real property actions $250,000 or more
☐ Professional malpractice
　☐ Malpractice—business
　☐ Malpractice—medical
　☐ Malpractice—other professional
☐ Other
　☐ Antitrust/Trade regulation
　☐ Business transactions
　☐ Constitutional challenge—statute or ordinance

67

☐ Constitutional challenge—proposed amendment
☐ Corporate trusts
☐ Discrimination—employment or other
☐ Insurance claims
☐ Intellectual property

☒ Libel/Slander
☐ Shareholder derivative action
☐ Securities litigation
☐ Trade secrets
☐ Trust litigation

III.   REMEDIES SOUGHT (check all that apply):
☐ monetary;
☐ nonmonetary declaratory or injunctive relief;
☒ punitive

IV.   NUMBER OF CAUSES OF ACTION: [5]
(specify) _stalking, terrorization, conspiracy to murder identity theft and attempts to defame_

V.   IS THIS CASE A CLASS ACTION LAWSUIT?
☐ yes
☒ no

VI.   HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?
☒ no
☐ yes If "yes," list all related cases by name, case number, and court.

_____

_____

_____

_____

VII.   IS JURY TRIAL DEMANDED IN COMPLAINT?
☒ yes
☐ no

_____

_____

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature _____          Fla. Bar #_____

            Attorney or party                                              (Bar # if attorney

_____          _____

(type or print name)                                        Date

68



IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT

IN AND FOR HIGHLANDS COUNTY, FLORIDA

*GC11-677*

PHILLIP L WHITE

Plaintiff,

MORISS DEES, RICHARD COHEN, MARK POTOK, HEIDI BEIRICH and SOUTHERN POVERTY LAW CENTER

Defendants

Plaintiff,   PHILLIP L WHITE , sues Defendants, MORRIS DEES (herinafter referred to as "Dees") RICHARD COHEN, MARK POTOK and HEIDI BEIRICH   (hereinafter referred to as "Senior Staff") and SOUTHERN POVERTY LAW CENTER (hereinafter referred to as "Southern")and alleges as follows:

2.   Dees is a resident of Montgomery Alabama and at all times was an officer of Southern.   Semior Saff are   and at all times material to this suite were officers   of Southern.

3. Southern is an Alabama organization, whose principal place of operation is located in Montgomery Alabama at 400 Washington Avenue, zip code 36104.

4.   At all time material hereto, Dees and Senior Staff were   agents, or employees of and for Southern, and were   acting within the course and scope of their employment with Southern.

5.   Plaintiff is a board member of the national board of directors of the Council of Conservative Citizens.

6.   Dees, Senior Staff and Southern act as political propgandist against conservative organizations. Dees and Southern publish a magazine in which they habitually refer to conservative organizations as "hate groups."

7.     Dees, Senior Staff and Southern in addition insert spys in conservative organizations and   have a full time paid employee of Southern as a spy/sabotuer     in the Council of Conservative Citizens.

8. On learning that Plantiff had discerned the identity of the Southern spy in the Council of Conservative Citizens detrimental actions against Plaintiff including stealing his identify information via an on line attack, interferring with his political posting on the internet, reading his private emails, attempts to frame Plaintiff with   manufactured crimes, attempts to terrorize Plaintiff by stalking and at two points initiating plots to murder Plaintiff, all of which caused Plaintiff intense emotional stress. In addition Plaintiff was caused considerable expense to provide for his own security and lost his right to move about freely and unworried   for Plaintiff's safety.

69

9
10. During October of 2007   Dees, Senior Staff and Southern had paid killers preparing to kill Plaintiff.   This plot   to murder Plaintiff was   on going through much of the month of October 2007 and possibly into early November.       The murder conspiracy was reactivated in the spring of 2009 after Plaintiff had resumed attending political meetings out of state.

10
11. In early   October of 2007 Plaintiff made contact with the Sebring Police Department, including officer Low and Cpl Buck.    Officer Low at that time refused to accept a complaint on stalking from Plaintiff.

11
12. By early November Plaintiff had provided additional information to Cpl Buck and by mid-November had noticed full police and neighborhood watch protection.    Plaintiff meanwhile had ceased to leave Highlands County for fear of his life.      At this time Plaintiff had begun to provide Cpl Buck Plaintiff's weekly advance iterneraries to facilitate the police and neighborhood watch protection of Plaintiff.

12
13. In May of 2008 Cpl Markham, Cpl Bucks sup150revisor returned a call from Plaintiff in which Markham referred to the danger of Plaintiff conversing on phones due to fears of SPD that the stalkers might be employing an electronic surveillance van.    Cpl Markham further stated that the perpetrators were "watching everything you do on the internet."    Lastly in this phone converstation Cpl Markham alluded to a call he had coming in from Washington, indicating to Plaintiff that federal law enforcement was active in organizing protection for Plaintiff.

13
14. Pervasive stalking organized and financed by Defendants continued to late Spring of 2009 and on a lesser scale up to at least the Spring of 2010.

14
15. Full details of the stalkling, terroization and conspiracy to murder are available from SPD/HCS officers and Federal law enforcement officers.

15
17. As a direct result of Defendants actions Plaintiff has suffered intense emotional stress and considerable expense providing for Plaintiffs    security measures and puchasing computing and printing equipment and secure cell phones to assist in necessary communications with law enforcement in attempts to end Defendants illegal activity against Plaintiff.

WHEREFORE, PLAINTIFF demands judgement against Dees, Senior Staff and Southern for compensatory damages, prejudgment interest and the costs of this action, and furthermore respectfully requests a trail by jury on all issues so triable.

Dated this _7th_ day of _October_ 2011

Phillip L. White

AMENDMENT TO COMPLAINT

PHILLIP L WHITE

Address 2011 Gardenview Road
Sebring Fl 33870
Phone 863-385-0706
Attorney for Plaintiff, ___Pro se___

CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT, County of HIGHLANDS
_____ No.GC11-677 _____

PHILLIP L WHITE Plaintiff vs. MORISS DEES, RICHARD COHEN, MARK POTOK, HEIDI
BEIRICH AND SOUTHERN POVERTY LAW CENTER Defendants

1ST AMENDMENT TO COMPLAINT

Plaintiff, PHILLIP L WHITE, amends the complaint in this action as follows:

In the heading at "MORISS DEES, RICHARD COHEN, MARK POTOK, HEIDI BEIRICH and
SOUTHERN POVERTY LAW CENTER" delete "MORISS DEES, RICHARD COHEN, MARK
POTOK, HEIDI BEIRICH" and insert "JEFFREY DOE, MARY DOE, JOHN DOE 1, JOHN
DOE 2, JOHN DOE 3"

Delete paragraph 1 and replace with. "Plaintiff, PHILLIP L WHITE, sues Defendants
SOUTHERN POVERTY LAW CENTER, (hereinafter referred to as "Southern") JEFFREY
DOE, MARY DOE, JOHN DOE 1, JOHN DOE 2 and JOHN DOE 3 and alleges as follows:"

Renumber the paragraphs 2 through 15 as paragraphs 3 through 16.

Add in place of the original paragraph 2. " Defendants Jeffrey Doe, Mary Doe, John Doe 1, John
Doe 2 and John Doe 3 acted as agents for defendant Southern and were residents of the state of
Florida. Furthermore defendant Jeffrey Doe participated in supervising stalking of plaintiff. Mary
Doe, John Doe 1, John Doe 2 and John Doe 3 participated in stalking and terrorization of plaintiff.
Morris Dees, Richard Cohen, Mark Potok and Heidi Beirich (hereinafter referred to as "Senior
Staff") were and are officers of Southern and acted as organizers of stalking and terrorization of
plaintiff.
Pictures of defendants "Mary Doe, John Doe 1, John Doe 2 and John Doe 3" are attached.

To the end of the newly numbered paragraph 4 after "36104" add "and maintains offices in Miami
Fl. In Miami Southern is represented by Miriam Haskell Fla. Bar. No. 69033. P.O. Box 370037,
Miami, Fl. 33137
Tel (786) 347-2056."

In the newly numbered paragraph 14 at "financed by defendants" delete "defendants" and insert
"senior staff".

71

In the closing statement at ""judgment against Dees, Senior Staff and Southern" delete "Dees, Senior Staff " and insert "Jeffrey Doe, Mary Doe, John Doe 1, John Doe 2, John Doe 3"

Dated this _____8^{TH}_____day of Oct. 2012

Signature,

Phillip L White







RECEIVED

OCT 1 5 2012

Sebring 10/12/12

William:

Please pass, also, to the four "Doe" defendants if you can Locate them.

Jeffrey Poe is thought to be in Palm Beach FL Area and Jeffrey is thought to be his real first name. R. Cohen should know his.

Mary Doe + John Doe1 were in Sebring FL for at Least several weeks.

John Doe's 2 and 3 were photograph in Duval county and Clay county respectively.

J. D. #3 was also seen twice in Duval county in Late 2006, early 2007.

Again R. Cohen should know Jeff Doe who in turn should know the others.

Thanks, Phil White

76

FAX # -305-530-0055  GC 11-677

March 14, 2013

CARLTON/FIELDS!

Due to illegal interferance by the FBI I am still unable to obtain Legal advice or representation. So in response to your phone call of a week ago and your Letter which I unearthed Last Friday I am informing you

I am asking for $74,980 in my Law suit This is in regards to my Law against client Southern Poverty Law center In my Lawsuit # is: In the circuit court of the 10TH Judicial circuit Case No: GC11-677

To repeat: I am asking for $74,980 in damages against your client.

This does Not imply, and I have any intentions of settleling out of court if There are any stipulations by your client.

Tell The Miami FBI office I will go to the mall Post office at 3:45 - Then to the court house.

Phil White

77

3/14/13

FILED 2013 MAR 14 PM 4:44 CLERK HIGHLANDS COUNTY, FL

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR HIGHLANDS COUNTY, FLORIDA
CASE NO. GC11-677

PHILLIP WHITE,

     Plaintiff,

vs.

SOUTHERN POVERTY LAW CENTER,
JEFFREY DOE, MARY DOE, JOHN DOE 1,
JOHN DOE 2, and JOHN DOE 3,

     Defendants.

_____/

## DEFENDANT SOUTHERN POVERTY LAW CENTER'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Defendant Southern Poverty Law Center, Inc. ("SPLC") files this motion for a 15 day enlargement of time to respond to the complaint in this case, and states:

1. Counsel for SPLC is seeking a 15 day enlargement of time to serve a response to the complaint in this case, which would render the response due on April 2, 2013.

2. Counsel for SPLC has communicated with Plaintiff with respect to this motion and has been authorized to inform the Court that Plaintiff does not oppose this motion.

**For these reasons,** SPLC respectfully requests the entry of an order enlarging the time to respond to the complaint until April 2, 2013.

Respectfully submitted,

Walter J. Taché
Florida Bar No. 0028850
Jessica Zagier Wallace
Florida Bar No. 0956171
CARLTON FIELDS, P.A.
Miami Tower
100 S.E. Second Street, Ste. 4200
Miami, Florida 33131
Telephone:      (305) 530-0050
Facsimile:      (305) 530-0055
jwallace@carltonfields.com (primary)
bwithers@carltonfields.com(secondary)
miaecf@cfdom.net (secondary)

*Counsel for Southern Poverty Law Center,*
*Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above foregoing was

served by U.S. Mail on this 15th day of March, 2013 on:

Phillip White
2012 Gardenview Road
Sebring, FL 33870

Jessica Zagier Wallace

26497982 79

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR HIGHLANDS COUNTY, FLORIDA
CASE NO. GC11-677

PHILLIP WHITE,

      Plaintiff,

vs.

SOUTHERN POVERTY LAW CENTER,
JEFFREY DOE, MARY DOE, JOHN DOE 1,
JOHN DOE 2, JOHN DOE 3,

      Defendants.

_____/

## NOTICE OF APPEARANCE OF COUNSEL AND DESIGNATION OF E-MAIL ADDRESSES

Please take notice that the law firm of Carlton Fields, P.A., and attorneys Walter Taché and Jessica Zagier Wallace are appearing in this action as counsel on behalf of Southern Poverty Law Center, Inc.

In addition, in compliance with Florida Rule of Judicial Administration 2.516, the following e-mail addresses are designated for service by e-mail:

wtache@carltonfields.com (primary)
jwallace@carltonfields.com (primary)
bwithers@carltonfields.com (secondary)
miaecf@cfdom.net (secondary)

Please note that service by e-mail should utilize all e-mail addresses. Correspondence other than service should utilize only the primary e-mail address.

26498226.1

80

Respectfully,

Walter J. Taché
Florida Bar No. 0028850
Jessica Zagier Wallace
Florida Bar No. 0956171
CARLTON FIELDS, P.A.
Miami Tower
100 S.E. Second Street, Ste. 4200
Miami, Florida 33131
Telephone:     (305) 530-0050
Facsimile:     (305) 530-0055
jwallace@carltonfields.com (primary)
bwithers@carltonfields.com(secondary)
miaecf@cfdom.net (secondary)

*Counsel for Southern Poverty Law Center, Inc.*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above foregoing was served by U.S. Mail on this 15th day of March, 2013 on:

Phillip White
2012 Gardenview Road
Sebring, FL 33870

Jessica Zagier Wallace

26498226.1

81



IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR HIGHLANDS COUNTY, FLORIDA
CASE NO. GC11-677

PHILLIP WHITE,

        Plaintiff,

vs.

SOUTHERN POVERTY LAW CENTER,
JEFFREY DOE, MARY DOE, JOHN DOE 1,
JOHN DOE 2, and JOHN DOE 3,

        Defendants.

_____/

### ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME

This cause came before the Court on Defendant Southern Poverty Law Center's Motion for Enlargement of Time to Respond to Plaintiff's Complaint, in which Defendant sought 15 days to file a response to Plaintiff's Complaint. Based on the motion, it is ORDERED and ADJUDGED:

1.     The Defendant's Unopposed Motion for Enlargement of Time to Respond to Complaint is GRANTED.

2.     The Defendant shall have until April 2, 2013 to file its response.

Dated this the ___21st___ day of ___March___ 2013.

_____
Hon. J. David Langford
Circuit Court Judge

Copies furnished to:
Counsel of record and
Phillip White
2012 Gardenview Road
Sebring, FL 33870

26498223.1

**82**