# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303



John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 03, 2013

Phillip White
2012 GARDENVIEW ROAD
SEBRING, FL 33870

Appeal Number:  13-12603-CC
Case Style:  Phillip White v. Southern Poverty Law Center, et al
District Court Docket No:  2:13-cv-14126-KMM

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The enclosed order has been ENTERED.

If you wish for your "record excerpts" to be returned you must provide postage, we will hold for thirty days and then they will be discarded.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Joe Caruso, CC/rvg
Phone #: (404) 335-6177

MOT-2 Notice of Court Action

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No.  13-12603-CC

_____

PHILLIP WHITE,

Plaintiff - Appellant,

versus

SOUTHERN POVERTY LAW CENTER,

Defendant - Appellee,

JEFFREY DOE, et al.,

Defendants.

_____

Appeals from the United States District Court
for the Southern District of Florida

_____

Before: DUBINA and MARTIN, Circuit Judges.

BY THE COURT:

Appellant's motion to reinstate appeal is  DENIED.